# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

_____ Division

Daniel Bryan Madsen

)
)  Case No. _____
)  *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*   )  Jury Trial: *(check one)* ☑Yes ☐No
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
-v-

Washington Township Police Department, Borough of
Washington, Corporal Phil Smith, Liutenant James Teter,
Patrolman Christopher Teter

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel Bryan Madsen |
| Address | 361 Memorial Parkway Unit # 171 |
| | Phillipsburg, NJ 08865 |
| | *City / State / Zip Code* |
| County | Warren |
| Telephone Number | |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Phil Smith |
| Job or Title *(if known)* | Police Corporal |
| Address | Washington Township Police Department 211 NJ route 31 |
| | Washington, NJ 07882 |
| | *City / State / Zip Code* |
| County | Warren |
| Telephone Number | 908-689-1630 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [ ] Official capacity

Defendant No. # 1

| | |
|---|---|
| Name | Phil Smith |
| Job or Title *(if known)* | Police Corporal |
| Address | Washington Township Police Department 211 NJ route 31 |
| | Washington, NJ 07882 |
| | *City / State / Zip Code* |
| County | Warren |
| Telephone Number | 908-689-1630 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [✓] Official capacity

Defendant No. #2
- Name: James Teter
- Job or Title *(if known)*: Police Lieutenant
- Address: Washington Township Police Department 211 NJ route 31
  - City: Washington
  - State: NJ
  - Zip Code: 07882
- County: Warren
- Telephone Number: 908-689-1630
- E-Mail Address *(if known)*:

[✓] Individual capacity   [ ] Official capacity

Defendant No. #2
- Name: James Teter
- Job or Title *(if known)*: Police Lieutenant
- Address: Washington Township Police Department 211 NJ route 31
  - City: Washington
  - State: NJ
  - Zip Code: 07882
- County: Warren
- Telephone Number: 908-689-1630
- E-Mail Address *(if known)*:

[ ] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Washington Township Police Department
- Job or Title (if known):
- Address: 211 NJ route 31
  - City: Washington
  - State: NJ
  - Zip Code: 07882
- County: Warren
- Telephone Number: 908-689-1630
- E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

Defendant No. 4
- Name: Borough of Washington
- Job or Title (if known):
- Address: 100 Belvidere Ave.
  - City: Washington
  - State: NJ
  - Zip Code: 07882
- County: Warren
- Telephone Number: 908-689-3603
- E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 5

| | |
|---|---|
| Name | Christopher Tremel |
| Job or Title (if known) | Police Patrolman |
| Address | Washington Township Police Department 211 NJ route 31 |
| | Washington, NJ 07882 |
| | City / State / Zip Code |
| County | Warren |
| Telephone Number | 908-689-1630 |
| E-Mail Address (if known) | |

[✓] Individual capacity   [ ] Official capacity

Defendant No. 5

| | |
|---|---|
| Name | Christopher Tremel |
| Job or Title (if known) | Police Patrolman |
| Address | Washington Township Police Department 211 NJ route 31 |
| | Washington, NJ 07882 |
| | City / State / Zip Code |
| County | Warren |
| Telephone Number | 908-689-1630 |
| E-Mail Address (if known) | |

[ ] Individual capacity   [✓] Official capacity

Page 2 of 6

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

When these men violated my rights they were on duty and in uniform. They first detained me although I had not violated any laws and in the complete absence of any reasonable suspicion that crime was afoot. Then they smashed my window out of my vehicle, removed me from my vehicle, roughly shoved me against my car as they placed me in handcuffs, proceeded to search my car, had my car towed, and transported me in a police car to the police station where I was held for some time before being

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In the parking lot of a strip mall located at: 405 - 415 East Washington Ave, Washington, NJ 07882

B. What date and approximate time did the events giving rise to your claim(s) occur?

March 20th 2018   10:40 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

refer to attachment

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$500,000

broken window, impound fee, time spent, mental anguish

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/21/2020

Signature of Plaintiff: *Daniel Madsen*
Printed Name of Plaintiff: Daniel Madsen

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                City                 State                 Zip Code
Telephone Number: _____
E-mail Address: _____

I spent the night sleeping in Washington, NJ in the parking lot of a strip mall because I had to go to the DMV there in the morning and get an ID card. So it was morning and I was sound asleep on a nice bed I'd built in the back of my minivan. It was so peaceful and quiet when suddenly I was jolted out of my sleep by a loud sharp violent banging on my vehicle window just an arm's reach away from my head. Startled, I immediately and quickly sat up out of my sleep to assess the danger and possibly protect myself. When I saw that it was a police man (Corporal Smith) I was somewhat relieved of my startled state but still apprehensive given his aggressive demeanor. Not knowing what he wanted from me or what circumstances he may be facing causing his apparent anger I attempted to deescalate. I said to him "Phew, you scared the crap out of me...... what's up?" to which he replied by yelling at me "what are you doing here!!!!!!?". Unsure of what other answer there could be or should be to the question than the obvious and also wanting to not anger him any further I answered "sleeping" with what must have been somewhat of a puzzled look on my face. Again he yelled at me "Why are you parked outside of a DCP&P office!!!!?". I didn't know what the acronym of the office he was referring to meant so I asked him "A DCP& what office?". He barked at me "DYFS!!!!! This is a DYFS office!!!!".

I knew what DYFS meant so when he said that I quickly put two and two together and figured out what was going on. So I laughed and told him "oooh no, I don't got nothing to do with them. I'm just sleeping.". Then his demeanor became somewhat more relaxed and he told me "Yeah they recently changed their acronym from DYFS to DCP&P" to which I responded "Yeah I grew up in New Jersey. I remember when I was a kid DYFS was the people that take your kids.". It was at that point that he appeared to have come to his own conclusion that my business there was unrelated to the DCP&P office. He asked me "So what are you doing here?". I told him "I gotta go to the DMV and get an ID.".

After that his facial expression conveyed to me that he was annoyed that he had gotten called for this nonsense and he just walked away over to the DCP&P office where he met with some of the workers of the office standing outside. It struck me as odd that he hadn't asked me to identify myself because wouldn't that be crucial information in determining whether or not I had business with the office? I guessed he must had just been sure enough from our conversation that he didn't even feel a need to ask me to identify myself.

Anyway he had walked away and so I figured the encounter was over and I layed back down. However, after about 20 minutes he returned to my vehicle and aggressively tried to open my driver door which was locked. When he found it was locked he angrily ordered me to unlock the door. It was at that point that I knew that this man was getting ready to violate me so I began recording with my cell phone. When he saw me press record he returned to presenting a much calmer demeaner.

I presented him my passport and told him my name and birthday which he ignored and repeated in a much calmer tone for me to unlock the car door. I declined to unlock my door. He said to me "you're not going anywhere until we talk to you". I asked him if I'm being detained and he said "at this point yeah you're being detained.". I replied "For what? Am I suspected of having committed a crime?". He simply repeated his order to unlock the door. He told me that if I don't follow his instructions I'll be arrested. I presented him my passport and driver license and told him my full name and birthday multiple times. He was wholly unconcerned with my identification. He only continued repeating for me to unlock the door

*Daniel Madsen* (signature)

or roll down the window further. He told me "you're not going anywhere." He also said "when we get you out of the car, and we will, you're going to be arrested." Eventually another police man (Lieutenant Teter) joined the rest of the police who had convened at the scene. He told me that my driver license is not good enough by law. He told me to roll down my window to which I declined. I asked him what crime I'm suspected of having committed to which he responded "Well the problem is you're at a place where they called for a suspicious vehicle and you're not supposed to be on this property unless you have reason to be here. You're at a state agency here." I responded by asking him "Am I free to go" to which he then responded "no because we're here doing an investigation right now". He also said that "Well Daniel you gonna put the window down or open the door for us? because by law and by order of the prosecutor's office I do not have to talk through glass. So I'm gonna ask you one more time, you can put the window down or your window's gonna be broken.". I ensured him that I would not resist. He then smashed my window out and opened my door and told me I'm under arrest. When I stepped out of the car they roughly threw me up against the side of my vehicle although I wasn't physically resisting in any way shape or form. They placed me in handcuffs and put me in the back of a police car and proceeded to search my whole vehicle. And had it towed. They transported me to the police station where I was held for some time and then released to retrieve my car from the impound.

Patrolman Tremel is listed as the arresting officer. He is the one who shoved me against my vehicle, placed me in handcuffs, put me in the police car, and transported me to the police station where Corporal Smith held me for some time before releasing me.

Daniel Madsen